NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-3109

### THOMAS S. FITZGERALD,

Petitioner,

v.

### OFFICE OF PERSONNEL MANAGEMENT,

Respondent.

Petition for review of the Merit Systems Protection Board in PH0752080268-I-1.

## ON MOTION

Before MAYER, Circuit Judge.

## ORDER

Thomas S. Fitzgerald moves without opposition for a 40-day extension of time, until August 11, 2009, to file his brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

JUL 1 6 2009

_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Myrrel C. Hendricks, Jr., Esq.
Robert E. Chandler, Esq.
s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 16 2009

JAN HORDALI
CLERK